Matter of Sprancmanis (2024 NY Slip Op 00585)

Matter of Sprancmanis

2024 NY Slip Op 00585

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Jan. 17, 2024). 

&em;

[*1]MATTER OF ARNIS VISVALDIS SPRANCMANIS, AN ATTORNEY, RESPONDENT- RESIGNOR. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT

Order entered accepting resignation and striking name from the roll of attorneys pursuant to 22 NYCRR 1240.10.